## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| QUINCY LEACH | : | CIVIL ACTION |
| | : | CASE NO.: 3:13cv599(AWT) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF STAMFORD, et al | : | |
| | : | |
| Defendants. | : | JULY 17, 2013 |

## APPEARANCE

Please enter my appearance in this matter on behalf of the defendants, City of Stamford, Police Officers Mulhall, Vossler, Dogali, Kilcoyne, Presti, Thomas, and Sergeant Moran.

THE DEFENDANTS

BY _/s/ Barbara Coughlan_
Barbara L. Coughlan, Esq.
Fed Bar No. ct03466
Assistant Corporation Counsel
City of Stamford
888 Washington Blvd
P.O. Box 10152
Stamford, CT 06904-2152
Tel: (203) 977-4087
Fax: (203) 977-5560
E-mail: bcoughlan@ci.stamford.ct.us

## CERTIFICATION

I hereby certify that on July 17, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing as shown below. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Quincy Leach (#332346)
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Barbara L. Coughlan, Esq.