# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUINCY LEACH : | CIVIL ACTION NO. |
| Plaintiff : | 3:13-cv-00599 (AWT) |
| : | |
| vs. : | |
| : | |
| CITY OF STAMFORD, et al. : | |
| Defendants : | August 9, 2013 |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to D. Conn. L. Civ. R. 7(b)(1)(b), the following named Defendants, the City of Stamford, Police Officers Mulhall, Vossler, Dogali, Kilcoyne, Presti, Thomas, and Sergeant Moran, request a thirty (30) day extension of time, up to and including September 9, 2013, to answer and/or respond to plaintiff's Complaint.

The additional time is needed because of the complex nature of the claims and the number of defendants involved in the case.

Undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(b)(3), attempted to contact the pro se plaintiff who is incarcerated at Northern Correctional Institution in Somers, Connecticut to ascertain his position on this motion. Despite many phone calls made to the Institution over a number of days, the undersigned was unable to talk with the plaintiff and therefore, could not ascertain whether he consents or objects to this motion.

This is the first request for an extension of time by the defendants to answer and/or respond to plaintiff's Complaint.

**WHEREFORE,** Defendants respectfully request the court to grant this motion for the reasons above stated.

**ORAL ARGUMENT NOT REQUESTED**

1

THE DEFENDANTS

BY _Barbara Coughlan_
Barbara L. Coughlan
Fed Bar No. ct03466
Assistant Corporation Counsel
City of Stamford
888 Washington Blvd.
P.O. Box 10152
Stamford, CT 06904-2152
Tel: (203) 977-4087
Fax: (203) 977-5560
E-mail: bcoughlan@ci.stamford.ct.us
Their Attorney

## CERTIFICATION

I hereby certify that on August 9, 2013, a copy of the undersigned's Motion For Extension of Time for Defendants was filed electronically and served by mail on anyone unable to accept electronic filing as shown below. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Quincy Leach (#332346)
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_Barbara Coughlan_
Barbara L. Coughlan

2