```
UNITED STATES DISTRICT COURT
    DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| QUINCY LEACH | : | CIVIL ACTION |
| | : | CASE NO.: 3:13cv599(AWT) |
| Plaintiff, | : | |
| v. | : | |
| CITY OF STAMFORD, et al | : | |
| Defendants. | : | NOVEMBER 15, 2013 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO PRESERVE EVIDENCE

The defendants object to the plaintiff's Motion to Preserve Evidence dated October 25, 2013 insofar as it requests that the Stamford Police Department's computer hard drive be inspected or reviewed on the date he alleges the events took place in his Complaint. As indicated in response to prior discovery requests, the live video of the booking area and jail cells taken on November 28, 2010, although originally recorded to a hard drive, no longer exists. The digital recordings are only maintained on the hard drive for a period of thirty (30) days. Due to a lack of sufficient space, the live video recorded to the hard drive are overwritten every thirty (30) days. Thus, preserving and/or inspecting the City's hard drive for the day in question will not result in obtaining any information regarding the booking process or the time Mr. Leach was in a jail cell. The defendants are as desirous as Mr. Leach appears to be to obtain such evidence, but it simply no longer exists.

WHEREFORE, the defendants' respectfully request that the plaintiff's Motion to Preserve Evidence be denied, since such evidence no longer exists.

FOR THE DEFENDANTS

BY *Barbara Coughlan*
Barbara L. Coughlan, Esq.
Fed Bar No. ct03466
Assistant Corporation Counsel
City of Stamford
888 Washington Blvd
P.O. Box 10152
Stamford, CT  06904-2152
Tel:  (203) 977-4087
Fax: (203) 977-5560
E-mail: bcoughlan@ci.stamford.ct.us

## CERTIFICATION

I hereby certify that on November 15, 2013, a copy of the foregoing Objection was filed electronically and served by mail on anyone unable to accept electronic filing, and, in particular, on the plaintiff at the address listed below.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Quincy Leach (#332346)
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

*Barbara Coughlan*
Barbara L. Coughlan