```
                    UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - x
                                  :
QUINCY LEACH                      :  No. 3:13CV599(AWT)
                                  :
              Plaintiff           :
                                  :
         vs.                      :
                                  :
CITY OF STAMFORD, ET AL.,         :
                                  :  HARTFORD, CONNECTICUT
              Defendants          :  NOVEMBER 18, 2013
                                  :
- - - - - - - - - - - - - - - - - x


                TELEPHONIC STATUS CONFERENCE


     BEFORE:

            HON. ALVIN W. THOMPSON, U.S.D.J.


APPEARANCES:


     FOR THE PLAINTIFF:

          QUINCY LEACH, PRO SE


     FOR THE DEFENDANTS:

          CITY OF STAMFORD
               Corporation Counsel's Office
               888 Washington Blvd.
               P.O. Box 10152
          BY:  BARBARA L. COUGHLAN, ESQ.




                                   Diana Huntington, RDR, CRR
                                   Official Court Reporter
```

```
 1                        10:08 A.M.
 2            THE COURT:  Good morning.
 3            MS. COUGHLAN:  Good morning, Your Honor.
 4            THE COURT:  I have Mr. Leach on?
 5            MR. LEACH:  Yes, sir.
 6            THE COURT:  And for the City of Stamford,
 7   et al.?
 8            MS. COUGHLAN:  It's Barbara Coughlin for the
 9   defendant City of Stamford and the defendant police
10   officers.
11            THE COURT:  I wanted to touch base just because,
12   looking at this complaint, I wanted to understand whether
13   we had something that was going to basically come down to
14   one person's word against another's or a group of others.
15   And if so, I wanted to approach the case differently than
16   if not.
17            Why don't I have Ms. Coughlin outline for me her
18   understanding of the claims against the defendants.
19            MS. COUGHLAN:  Certainly, Your Honor.
20            My understanding is that I believe it was
21   November 28th of 2010 there was an incident at an Elk's
22   Club in Stamford and the police officers were called.  And
23   when they came to the incident, they interacted with
24   Mr. Leach.  He ended up being arrested and brought back to
25   the jail.  My understanding is that he's claiming that the
```

1  police used excessive force in apprehending and arresting
2  him.  Once he was brought back to the jail, he claims that
3  he needed medical attention which wasn't given to him and
4  I believe that he also has some negligence claims.  I
5  believe that's essentially what his claims are.
6              THE COURT:  Okay.
7              Mr. Leach, is that consistent with your
8  understanding of the claims that you're bringing?
9              MR. LEACH:  Yes, sir.
10             THE COURT:  Okay.  And how many officers are you
11 claiming used excessive force against you?
12             MR. LEACH:  Actually, now nine.  I'm actually
13 amending my case right now.
14             THE COURT:  Nine?
15             MR. LEACH:  Yeah.
16             THE COURT:  When you say used excessive force,
17 what do you mean?
18             MR. LEACH:  Punching me, kicking me.  Beating me
19 up.
20             THE COURT:  So your complaint will be that nine
21 different officers were punching you and beating you up
22 and kicking you?
23             MR. LEACH:  Not all nine.
24             THE COURT:  Okay.
25             MR. LEACH:  I don't have the complaint in front

```
 1   of me, so I can't read the names because I don't know the
 2   guys' names by heart.
 3           THE COURT:  How many?  I won't hold you to it,
 4   I'd just like some sense.
 5           MR. LEACH:  Three, maybe four.
 6           THE COURT:  Okay.  So more than one.
 7           MR. LEACH:  Yeah, more than one.
 8           THE COURT:  Okay.  All right.
 9           So, Ms. Coughlan, do you have any theory, you
10   know, that you think you can win on the excessive force
11   claim on summary judgment?
12           MS. COUGHLAN:  Yes, Your Honor, I do.  I think
13   once we get any medical records, we'll see that there was
14   no injury.
15           THE COURT:  There still could have been
16   excessive force.
17           MR. LEACH:  Exactly.
18           MS. COUGHLAN:  I understand that, Your Honor,
19   but there are cases that allow you to grant summary
20   judgment in certain situations.  I think once I take the
21   plaintiff's deposition and I have all the records, this
22   might be one of those cases.
23           MR. LEACH:  Well, I mean --
24           THE COURT:  What kind of -- what kind of
25   injuries did you suffer, Mr. Leach?
```

1              MR. LEACH:  I just had swelling, headache.  And
2    I had asked for medical attention and they basically
3    refused me medical attention.  And now I'm taking Elavil
4    for migraines.
5              THE COURT:  You said you were punched?
6              MR. LEACH:  Yes, sir.
7              THE COURT:  Kicked?
8              MR. LEACH:  Yes, sir.
9              THE COURT:  Did you have bruises at the time?
10             MR. LEACH:  Yes, sir.  I'm actually trying to
11   get the evidence from my criminal trial, which they got
12   mug shots and what have you.  So I'm trying to get that to
13   show these pictures to the Court.  I'm having trouble
14   getting that right now.  I'm still trying to get this
15   evidence the best way I can.  I'm in administration
16   segregation.  I can't really -- like, I don't really have
17   the means to investigate the facts of the case.  That's
18   the problem that I'm having.
19             THE COURT:  All right.  I guess -- Ms. Coughlan,
20   you have medical records now?
21             MS. COUGHLAN:  No, no.  I am waiting for an
22   authorization from Mr. Leach to obtain any medical
23   records.  My understanding is that he was not injured and
24   was taken to the hospital because he insisted.  But I
25   understand that there were -- there was no care rendered

1   to him.  So I'm looking for the medical records that will
2   ascertain that.  And if he says otherwise, then I can
3   obtain the medical records with an authorization, it will
4   help us both.
5           THE COURT:  Okay.  Well, I think it will
6   speed this case along -- it seems to me this is a case
7   that shouldn't require much discovery.  The impediment is
8   going to be getting the discovery done.  I'm going to go
9   ahead and see -- for my sake, to move this case along, I'm
10  going to see if I can get somebody to take the case
11  pro bono for Mr. Leach, and that will expedite you
12  communicating and getting the medical authorizations.
13          MR. LEACH:  Yes, sir.
14          THE COURT:  And teeing up things.  It seems to
15  me that -- I haven't had a case like this where summary
16  judgment's been granted.  Even -- well, it depends what
17  the plaintiff has to say.  I'll put it that way.
18          So I will go ahead and -- there's also a motion
19  to preserve evidence.
20          MR. LEACH:  Yes, sir.
21          THE COURT:  And then the defendants have a
22  motion to dismiss.
23          You've seen the motion to dismiss, Mr. Leach?
24          MR. LEACH:  No, I have not, sir.
25          THE COURT:  All right.  Okay.

1           MR. LEACH:  Wait, is that the motion to dismiss
2   the second extension?
3           THE COURT:  No, that's a motion to dismiss as to
4   certain defendants, including the City of Stamford.  And I
5   assume the City of Stamford is in --
6           MS. COUGHLAN:  The only claim against the City
7   of Stamford is a claim of negligence.  There's no Monell
8   claim.
9           THE COURT:  So I think if we can get somebody in
10  to handle this pro bono, that might expedite and cut down
11  the delay in moving the case along.
12          MR. LEACH:  Absolutely.
13          THE COURT:  I will go ahead and do that.
14          MR. LEACH:  Thank you, sir.
15          THE COURT:  And then we'll have a status
16  conference as soon as we can get a lawyer.
17          MR. LEACH:  Thank you, sir.
18          MS. COUGHLAN:  Thank you, Your Honor.
19                  (Proceedings adjourned at 11:15 a.m.)
20
21
22
23
24
25

1
2
3                    C E R T I F I C A T E
4
5
6
7          I, Diana Huntington, RDR, CRR, Official Court
8     Reporter for the United States District Court for the
9     District of Connecticut, do hereby certify that the
10    foregoing pages are a true and accurate transcription of
11    my shorthand notes taken in the aforementioned matter to
12    the best of my skill and ability.
13
14
15
16
17                /s/_____
                   DIANA HUNTINGTON, RDR, CRR
18                    Official Court Reporter
                   450 Main Street, Room #225
19                 Hartford, Connecticut 06103
                          (860) 547-0580
20
21
22
23
24
25