```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-----------------------------------x
QUINCY LEACH,                      :
                                   :
            Plaintiff,             :
                                   :
v.                                 :    Civil No. 13cv599 (AWT)
                                   :
CITY OF STAMFORD, PO VOSSLER,      :
PO MULHALL, PO DOGALI, PO KILCOYNE,:
PO PRESTI, PO THOMAS, PO CONNELLY, :
and SGT. MORAN,                    :
                                   :
            Defendants.            :
-----------------------------------x
```

**AMENDMENT TO ORDER**

The order dated August 28, 2014 (Doc. No. 77) is amended to provide that the plaintiff is given leave to substitute Officer Connelly for Officer Kilcoyne "in the relevant allegations" as stated in the plaintiff's motion (<u>see</u> doc. no. 75), such allegations being those relevant to Officer Connelly.

Having reviewed the pertinent documents, the court now understands that the plaintiff was seeking to substitute Officer Connelly for Officer Kilcoyne only with respect to certain allegations and was not seeking to substitute Officer Connelly for Officer Kilcoyne in all aspects. Thus, both Officer Connelly and Officer Kilcoyne are defendants in this action.

It is so ordered.

Dated this 11th day of February 2015, at Hartford, Connecticut.

/s/
         Alvin W. Thompson
     United States District Judge